SC

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel M. Bustamante, | No. CV 08-0116-PHX-DGC (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Officer Roman, et al., | |
| Defendants. | |

Plaintiff Daniel M. Bustamante has filed two motions to dismiss this case and set aside the filing fee and sanctions. (Doc.# 6, 7.)[1] The motions will be denied.

In his motions, Plaintiff asserts that the Court "misinterpreted [his] amended complaint in case no. CV07-00940-PHX-DGC (JRI) as a distinct and separate action." (Doc.# 6.) Plaintiff states that he did not intend to bring a new case when he submitted the Complaint in this action.

Plaintiff's assertion that he intended the Complaint with which this action was commenced as an amended complaint in CV 07-0940-PHX-DGC is not supported by the record. On January 17, 2008, Plaintiff filed the "Original Complaint" in this case with an Application to Proceed *In Forma Pauperis* dated January 14, 2008; neither were captioned with a case number. (Doc.# 1.) Although Plaintiff referred to CV 07-0940-PHX-DGC in the Complaint, it was only as a "prior lawsuit" under the heading of "Previous Lawsuits." (Doc.# 1 at 2.) Further, while two of the Defendants in this case were also named in Plaintiff's previous suit, Plaintiff sued several Defendants in this case who were not named in the earlier action. (Id. at 1, 2.) The Clerk of Court issued a Notice of Assignment the day

---

[1] "Doc.#" refers to the docket number of filings in this case.

the Complaint in this case was filed clearly indicating the Complaint had been filed as a new action. (Doc.# 2.) On March 3, 2008, the Court issued two orders, copies of which were mailed to Plaintiff and not returned, that granted Plaintiff leave to proceed *in forma pauperis* in this action without pre-payment in full of the filing fee. (Doc.# 3, 4.) The Court also dismissed the Complaint with leave to file a first amended complaint. (Doc.# 3.) The Orders each were captioned with the case number above. Plaintiff raised no objection. Because Plaintiff failed to file a first amended complaint, this action was dismissed on April 21, 2008. (Doc.# 5.)

The facts described clearly contradict Plaintiff's assertion that he did not intend to commence a separate case when he filed the Complaint in this case. An indigent inmate may proceed *in forma pauperis* without prepayment of the filing fee, 28 U.S.C. § 1915(a)(1), (2), but he remains obligated to pay the fee incrementally, 28 U.S.C. §1915(b)(1) ("if a prisoner brings a civil action . . . the prisoner shall be required to pay the full amount of the filing fee."). That is, a prisoner-plaintiff granted leave to proceed *in forma pauperis* must pay the assessed filing fee regardless of the subsequent dismissal of a case. 28 U.S.C. § 1915(b). Because the record supports that Plaintiff intended to commence a new action when he filed his "Original Complaint" in this case, Plaintiff's motions will be denied.[2]

**IT IS ORDERED** that Plaintiff's motions to dismiss case, set aside fees and sanctions are **denied**. (Doc.# 6, 7.)

DATED this 10th day of June, 2008.

_____
David G. Campbell
United States District Judge

---

[2] Plaintiff asks the Court to vacate sanctions, but he has not been sanctioned.